✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
_____ District of Massachusetts_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| FRANCIS COLEMAN | ) | Case No:  96-10047-011 |
| | ) | USM No:  21253-038 |
| Date of Previous Judgment:  07/01/1998 | ) | Joan Griffin, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❐  the Director of the Bureau of Prisons   ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X  DENIED.   ❐  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____ | | Amended Offense Level: _____ |
| Criminal History Category: _____ | | Criminal History Category: _____ |
| Previous Guideline Range: \_\_\_\_ to \_\_\_\_ months | | Amended Guideline Range: \_\_\_\_ to \_\_\_\_ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❐ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/31/2009

/s/ Mark L. Wolf
_____
Judge's signature

Effective Date: _____
(if different from order date)

Mark L. Wolf, Chief District Judge
_____
Printed name and title